UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:21mj04303 Becerra__

UNITED STATES OF AMERICA

vs.

RAMON SANTIAGO, WALLY REYES PADILLA,
WALLYST ROCHIST ULLOA, and
MONCARIS FEYBER DE AVILA,

    Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes _X_ No

                                                  Respectfully submitted,
                                                  JUAN ANTONIO GONZALEZ
                                                  UNITED STATES ATTORNEY

By: _____
       RICHARD E. GETCHELL
       Assistant United States Attorney
       FLA. BAR NO. 817643
       11200 N.W. 20th Street
       Miami, Florida 33172
       (305) 715-7647
       (786) 564-9126 (cell)
       richard.getchell@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RAMON SANTIAGO, WALLY REYES PADILLA,<br>WALLYST ROCHIST ULLOA, and<br>MONCARIS FEYBER DE AVILA,<br><br>*Defendant(s)* | Case No.   1:21mj04303 Becerra |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
Beginning on an unknown date and continuing through on or about __Nov. 25, 2021__, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*
DEA S/A EDWIN BRIGANTTY
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: 12/07/2021

_____
*Judge's signature*

City and state:  Miami, Florida

Hon. Jacqueline Becerra, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Edwin Brigantty, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent, a position I have held since 2002. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3. This Affidavit is submitted for the limited purpose of establishing probable cause that

**RAMON SANTIAGO, WALLY REYES PADILLA, WALLYST ROCHIST ULLOA,** and **MONCARIS FEYBER DE AVILA,** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

## FACTS

4. On or about November 25, 2021, a go-fast vessel (GFV) powered by twin outboard motors with four (4) persons on board was observed by the HNLMS Holland approximately 110 nautical miles north of La Guajira, Colombia. The Holland launched two (2) Fast Riding Intercept Special Crafts (FRISC 1 and FRISC 2) for intercept. When approached by FRISC 1 and FRISC 2, the GFV tried to evade and began to jettison bales. FRISC 2 stayed behind to recover the jettisoned bales while FRISC 1 continued the pursuit, eventually employing warning shots which resulted in the GFV complying and going dead in the water.

5. FRISC 1 arrived and gained positive control of the GFV. The GFV was boarded and one of the crew members made a verbal claim of Dominican Republic nationality for the vessel. The GFV flew no flag and had no indicia of nationality, but the name "Comunidad Wiayuu" and "P-01-2578" were painted on the hull. The government of the Dominican Republic was contacted by the U.S. and could neither confirm nor deny registration of the GFV. Accordingly, the GFV was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

6. The individuals on board the GFV were identified as Dominican Nationals **RAMON SANTIAGO, WALLY REYES PADILLA, WALLYST ROCHIST ULLOA,** and Colombian National **MONCARIS FEYBER DE AVILA.**

7. Once on board the GFV, the USCG LEDET observed visible packages of suspected contraband and fuel barrels on deck. A total of nine (9) bales were on board the GFV. The LEDET conducted two (2) NIK tests which provided positive results for the presence of cocaine. The LEDET recovered a total of 40 bales of suspected contraband from the jettison field and the GFV with an estimated weight of 1200 kilograms. The GFV was deemed a danger to navigation and subsequently destroyed. The four (4) persons onboard were transferred to the HNLMS Holland.

8. Based on my training and experience and that of other officers involved in this investigation, I know that maritime smugglers transporting large quantities of cocaine intend to distribute the contraband to others at the end of their journey and that 1200 kilograms is a distribution quantity of cocaine.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

## CONCLUSION

9. Based upon the information provided above, I respectfully submit probable cause exists to believe **RAMON SANTIAGO, WALLY REYES PADILLA, WALLYST ROCHIST ULLOA, and MONCARIS FEYBER DE AVILA,** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Edwin Briganity
Special Agent
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this  7th  day of December, 2021.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

4